THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES A. SULLIVAN, Appellant.

Argued January 4, 1950; decided March 3, 1950.

*Francis A. McGurk* for appellant.

*George M. Fanelli, District Attorney (John C. Marbach* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.   [See 300 N. Y. 739.]